**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **VISTA PEAK VENTURES, LLC,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| **AU OPTRONICS CORP.,** | § | |
| | § | **CIVIL ACTION NO. 2:18-cv-00276-JRG** |
| **Defendant.** | § | **(LEAD CASE)** |
| **AU OPTRONICS CORP.,** | § | |
| | § | **CIVIL ACTION NO. 2:18-cv-00278-JRG** |
| **Defendant.** | § | |
| **AU OPTRONICS CORP.,** | § | |
| | § | **CIVIL ACTION NO. 2:18-cv-00279-JRG** |
| **Defendant.** | § | |

**DEFENDANT AU OPTRONICS CORPORATION'S NOTICE OF COMPLIANCE**

Pursuant to Local Rule CV-26(c), Defendant AU Optronics Corporation ("AUO") hereby

notifies the Court and all parties of record that on July 18, 2019, AUO complied with the parties'

Docket Control Order (Dkt. 39) and served its P.R. 4-2 Preliminary Claim Constructions and

Identification of Extrinsic Evidence on Plaintiff's counsel.

US 6481668

2

Dated:  July 18, 2019

Respectfully submitted,

*/s/ M. Craig Tyler*
M. Craig Tyler
State Bar No. 00794762 (TX)
Email:  ctyler@velaw.com
Mario Apreotesi
State Bar No. 24080772 (TX)
Email:  mapreotesi@velaw.com
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
Telephone:  (512) 542-8440
Facsimile:  (512) 542-8612

Eric Klein
State Bar No. 24041258  (TX)
Email:  eklein@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716

Chao "Wendy" Wang
State Bar No. 289325 (CA)
Email:  wwang@velaw.com
VINSON & ELKINS L.L.P.
555 Mission Street, Suite 2000
San Francisco, CA  94105
Telephone:  (415) 979-6900
Facsimile:  (415) 651.-8786

**COUNSEL FOR AU OPTRONICS
CORP.**

2

US 6481668

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have deemed to have consented to electronic service are being served on July 18, 2019, with a true and correct copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ M. Craig Tyler*_____

M. Craig Tyler

US 6481668